UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN  DIVISION

EDUARDO HERNANDEZ,               )
                                 )
                Plaintiff,       )        No. CV 10-9108 DDP (AJW)
                                 )
        v.                       )
                                 )
                                 )        J U D G M E N T
                                 )
KEVIN M. LALLY, et al.,          )
                                 )
                Defendants.      )
_____)


        **IT IS ADJUDGED** that: (1) plaintiff's due process claims be dismissed without prejudice; and (2) plaintiff's claims challenging the denial of vision care and dental care be dismissed with prejudice.


DATED:   June 10, 2011

_____
DEAN D. PREGERSON
United States District Judge